

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-19-00370-CV

**AUTO SPIN USA., LP,**
Appellant

v.

Hooman **NISSANI**, Individually, Hooman Automotive Group, and Nissani Bros. Nissan,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-23348
Honorable Laura Salinas, Judge Presiding

# O R D E R

Extension of time to file the Clerk's Record is this date NOTED. Time is extended to July 5, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court